**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

No. 98-20300
(Summary Calendar)

In The Matter Of: YOAV HASSON

Debtor

_____

YOAV HASSON,

Appellant,

versus

MARVIN W. LERNER,

Appellee.

Appeal from the United States District Court
For the Southern District of Texas
(97-CV-3986)

August 26, 1998

Before JOLLY, SMITH, and WIENER, Circuit Judges.

Per Curiam[*]

In this appeal from rulings of the bankruptcy court, which were affirmed by the district court, Debtor-Appellant Yoav Hasson complains that the bankruptcy court lacked jurisdiction over an adversary proceeding between him and Appellee Marvin W. Lerner, M.D. Hasson alternatively argues that, even if the bankruptcy court had jurisdiction, it erred in entering a default judgment against him, and that the bankruptcy court also erred in refusing to grant Hasson's motion for relief from that default judgment. Dischargeability is also an issue in this appeal.

---

[*] Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Our review of the record and the facts revealed thereby, together with our consideration of the arguments of able counsel set forth in their respective appellate briefs, satisfies us that the bankruptcy court committed no reversible error in any of its rulings applicable to this appeal. More specifically, we discern no problem in the bankruptcy court's exercise of jurisdiction or in its grant of the default judgment sought by Dr. Lerner; neither do we perceive error in the court's denying Hasson a new trial or reconsideration of any of its other rulings. And, inasmuch as the facts are not in serious dispute and the issues of law neither unique nor *res nova* in this circuit, we conclude — as did the district court before us — that the contested rulings of the bankruptcy court should be, and therefore are, in all respects,

AFFIRMED.